United States District Court
For the Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette Blvd. Room 851
Detroit, Michigan 48226
(313) 234-5125

RECEIVED

2006 JUN 21 A 11: 06

FINANCIAL
DISCLOSURE OFFICE

June 16, 2006

CHAMBERS OF
**JOHN FEIKENS**
DISTRICT JUDGE

Hon. Ortie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.  20544

RE:     My Calendar Year 2005 Filing

Dear Judge Smith:

Pursuant to the instructions contained in your letter to me of May 31, 2006, I am filing herewith an Amended Financial Disclosure Form.

With respect to Part VII, page 4, lines 8, 10, and 12, the value code listed in Column C(2) is changed from "U" to "T" for line 8 only.  Line 10 represents a partnership interest while line 12 is a placeholder for a fractional remainder of a long-term investment that has been largely redeemed.

Thus, the explanation for Part VII, page 4, line 12, is accordingly altered to reflect the nature of the investment making its appearance on this 2005 report.

Please accept this amended report as my 2005 Financial Disclosure Report.

Very truly yours,

John Feikens
U.S. District Court Judge

JF/dl
Encl.

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Feikens, John | 2. Court or Organization<br><br>US District Ct/ED of Michigan | 3. Date of Report<br><br>04/03/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge/Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☒ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Theodore Levin US Courthouse<br>231 W. Lafayette, Rm 851<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 JUN 21 A 11:07 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feikens, John | 04/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feikens, John | 04/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bayview Yacht Club | Guest Membership | $ 300 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Loan | Mortgage (co-signed) secured by property of adult child | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feikens, John | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮ Residual Trust - see att'd | C | Dividend | | | Distrib/sale | 12/28 | M | A | |
| 2. Charter One Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | C | Interest | M | T | | | | | |
| 4. Bank One/Chase/JP Morgan | A | Interest | M | T | | | | | |
| 5. Raymond James | | None | | | Sell | 11/10 | J | D | |
| 6. Kemper Income Trust | A | Interest | | | Redemption | 12/01 | J | A | |
| 7. MICH IMIT Mun Inv Trust (Bank of New York) | A | Interest | | | Redemption | 12/01 | J | A | |
| 8. Franklin MI Ins Fund | B | Interest | M | T | | | | | |
| 9. Minnesota Mining & Mfg. | A | Dividend | | | Sell | 11/10 | J | C | |
| 10. Ann Arbor Properties XIII | C | Rent | L | U | | | | | |
| 11. Airtran Holdings Inc. | A | Dividend | | | Sell | 11/10 | J | A | |
| 12. Bank of New York Muni Bond Series 130 | A | Interest | J | U | Fractional | Var. | J | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Page 1 Investments and Trusts

█████RESIDUAL TRUST -- Nondvisible Shares

As in prior years, information pertaining to a residual trust arrangement has been included in the spirit of full disclosure for an entity in which ████████had a role as trustee and as residual heir as opposed to rights with respect to specific, underlying assets. The assets of the Trust were held until this year for the primary benefit of another who was not ████████ Accordingly, I have reflected the sale and distribution of assets intended to terminate what had been the residual interest of ████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ June 16, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544